# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155045

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 155045
COA: 334868
Chippewa CC: 15-001776-FC

STEVEN EDWARD ALEXANDER,
      Defendant-Appellant.

_____/

By order of May 2, 2017, the application for leave to appeal the November 8, 2016 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of: (1) whether offense variables (OV) 11 and 19 were misscored, and, if so, whether the defendant is entitled to resentencing, despite the trial court's departure from the guidelines range; and (2) if the defendant is not entitled to resentencing on the grounds that OVs 11 and 19 were misscored, whether the defendant's sentence is reasonable under the standard set forth in *Steanhouse*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

t1218